William C. Heck (WH 8113)
Alison L. MacGregor (AM 0481)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
(212) 808-7897 (fax)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KOBRAND CORPORATION,

                Plaintiff,

- against –

L&L S.A.S., JEAN PAUL LAFRAGETTE,
FLORENCE LAFRAGETTE, and BEATRICE
LAFRAGETTE,

                Defendants.

---

**'07 CIV 8647**

Civ. Action No._____

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Kobrand Corporation (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
       October 3, 2007

                              KELLEY DRYE & WARREN LLP

                              By: _____
                              William C. Heck (WH 8113)
                              Alison L. MacGregor (AM 0481)
                              101 Park Avenue
                              New York, New York 10178
                              (212) 808-7800

                              *Attorneys for Plaintiff Kobrand Corporation*