UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOBRAND CORPORATION,

               Plaintiff,

- against –

L&L S.A.S., JEAN PAUL LAFRAGETTE,
FLORENCE LAFRAGETTE, and BEATRICE
LAFRAGETTE,

               Defendants.



Civ. Action No. 07-CIV 8647

**ORDER SEALING COMPLAINT**

Upon reading the Declaration of Alison L. MacGregor, dated October 5, 2007, and the Complaint in the above-referenced action, and the Court having determined that the Complaint contains confidential trade secret information,

    IT IS HEREBY ORDERED that the Complaint be filed under seal.

SO ORDERED:

*Deborah A. Batts*
U.S.D.J.   10/12/07