SECOND ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Kobrand Corporation

V.

L&L SAS, Jean Paul Lafragette, Florence Lafragette and Beatrice Lafragette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8647**

**JUDGE BATTS**

TO: (Name and address of Defendant)

Jean Paul Lafragette
Chateau de Rouillac
12, Chemin du 20 Aout 1949
33610 Canejan
France

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William C. Heck
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                            OCT 0 5 2007

CLERK _____   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE **Treize NOVEMBRE** DEUX MILLE SEPT |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
Château de Haut Brac, Chemin du ? ???? ????, 33610 CAUCJAN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **Treize NOVEMBRE** DEUX MILLE SEPT    Hubert LENOIR
           Date                    Signature of Server

_____
Address of Server

**Je, Huissier de Justice Associé au sein de la Société Civile Professionnelle Hubert LENOIR et Sébastien LENOIR titulaire d'un office d'Huissier de justice, à la résidence de Bordeaux, 33, Rue de Ruat, soussigné,**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.