DISTRICT COURT ETATS-UNIS

District Sud de New York

Kobrand Corporation

CITATION DANS UNE AFFAIRE CIVILE

contre

L&L SAS, Jean Paul Lafragette, Florence
Lafragette et Beatrice Lafragette

N° DE L'AFFAIRE :

07 CIV 8647

JUGE BATTS

A :  (Nom et adresse du Défendeur)
     Jean Paul Lafragette
     Château de Rouillac
     12, Chemin du 20 Août 1949
     33610 Canejan
     France

VOUS ÊTES CITÉ PAR LA PRÉSENTE et requis de faire parvenir à L'AVOCAT DE
LA DEMANDERESSE (nom et adresse)

   William C. Heck
   Kelley Drye & Warren LLP
   101 Park Avenue
   New York, NY 10178
   (212) 808-7800

Une réponse à la plainte qui vous est notifiée avec cette citation, dans les 20 jours après la notification de cette citation à vous, le jour de la notification non compris. Si vous manquez de le faire, un jugement par défaut sera pris contre vous octroyant les remèdes sollicités dans la plainte. Toute réponse que vous notifiez aux parties de cette action doit être déposée avec le Greffe de ce Court dans une période raisonnable après notification.

J. MICHAEL McMAHON                                              le 5 octobre 2007

✗ **Je, Huissier de Justice Associé au sein de la Société Civile Professionnelle Hubert LENOIR et Sébastien LENOIR titulaire d'un office d'Huissier de justice, à la résidence de Bordeaux, 33, Rue de Ruat, soussigné,**

Retour de Notification

La notification de la citation et de la plainte a été faite par moi          Date *TREIZE NOVEMBRE DEUX MILLESEPT*

Nom du notifiant (en imprimés) **Hubert LENOIR**          Titre ✗

Cochez une des cases ci-dessous afin d'indiquer le méthode approprié de la notification

☑ Notification faite à la personne du défendeur. Place de la notification: *Château de Rouillac, 12 chemin du 20 août 1949, 33610 CANEJAN*

☐ Copies de ces documents ont été laissées à la résidence du défendeur ou à une place habituelle de demeure auprès d'une personne d'un âge et d'une discrétion appropriés alors demeurant à cet endroit.

Nom de la personne avec qui la citation et la plainte ont été laissées:

☐ Retournées inexécutées.

☐ Autres (veuillez spécifier).

DECLARATION CONCERNANT LES REDEVANCES DE NOTIFICATION

Voyage                    Services                    Total $0.00

DECLARATION DU NOTIFIANT

Je déclare sous peine de parjure en vertu des lois des Etats-Unis d'Amérique que l'information précédente reprise dans le Retour de notification et la Déclaration concernant les redevances de notification est vraie et correcte.

Signé le   **Quinzé NOVEMBRE** *DEUF MILLE SEPT*          **Hubert LENOIR**
                Date                                 Signature du Notifiant

                                                     Adresse du Notifiant

Greffier                                                          Date

_____
(Par) Greffier délégué