AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Kobrand Corporation

V.

L&L SAS, Jean Paul Lafragette, Florence
Lafragette and Beatrice Lafragette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8647**

TO: (Name and address of Defendant)

Florence Lafragette
Chateau Loudenne
33340 Saint-Yzans-de-Medoc
Gironde, France

**JUDGE BATTS**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William C. Heck
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                OCT 0 5 2007

CLERK _/s/ Marcos Quintero_                       DATE

(By) DEPUTY CLERK

*SECOND ORIGINAL*

\* Je, Huissier de Justice Associé au sein de la Société Civile Professionnelle Hubert LENOIR et Sébastien LENOIR titulaire d'un office d'Huissier de justice, à la résidence de Bordeaux, 33, Rue de Ruat, soussigné,

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | Quatorze NOVEMBRE DEUX MILLE SEPT |
| NAME OF SERVER (PRINT) | TITLE | \* |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Château de Rouillac, 12 chemin du 20 Aout 1949, 33610 CANEJAN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Quatorze NOVEMBRE DEUX MILLE SEPT        Hubert LENOIR
                      Date                                Signature of Server

Je, Huissier de Justice Associé au sein de la Société Civile Professionnelle Hubert LENOIR et Sébastien LENOIR titulaire d'un office d'Huissier de justice, à la résidence de Bordeaux, 33, Rue de Ruat, soussigné,
                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure