## DISTRICT COURT ETATS-UNIS

### District Sud de New York

Kobrand Corporation

contre

CITATION DANS UNE AFFAIRE CIVILE

L&L SAS, Jean Paul Lafragette, Florence Lafragette et Beatrice Lafragette

N° DE L'AFFAIRE :

07 CIV 8647

JUGE M. BATTS

A :  (Nom et adresse du Défendeur)
Florence Lafragette
Château Loudenne
33340 Saint-Yzans-de-Medoc
Gironde
France

VOUS ÊTES CITÈ PAR LA PRÈSENTE et requis de faire parvenir à L'AVOCAT DE LA DEMANDERESSE (nom et adresse)

William C. Heck
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

Une réponse à la plainte qui vous est notifiée avec cette citation, dans les 20 jours après la notification de cette citation à vous, le jour de la notification non compris. Si vous manquez de le faire, un jugement par défaut sera pris contre vous octroyant les remèdes sollicités dans la plainte. Toute réponse que vous notifiez aux parties de cette action doit être déposée avec le Greffe de ce Court dans une période raisonnable après notification.

J. MICHAEL McMAHON                                        le 5 octobre 2007

Greffier                                                                 Date


_____
(Par) Greffier délégué

Je, ⸻
Hubert ⸻
Justice, à la ⸻ ⸻ signé.

Retour de Notification

La notification de la citation et de la plainte a été faite par moi

Date QUATORZE NOVEMBRE DEUX MILLE SEPT

Nom du notifiant (en imprimés)

**Hubert LENOIR**

Titre

Cochez une des cases ci-dessous afin d'indiquer le méthode approprié de la notification

☒ Notification faite à la personne du défendeur. Place de la notification: Château de Roquebec, Chemin du 20 Août 1949, 33610 CANEJAN

☐ Copies de ces documents ont été laissées à la résidence du défendeur ou à une place habituelle de demeure auprès d'une personne d'un âge et d' une discrétion appropriés alors demeurant à cet endroit.

Nom de la personne avec qui la citation et la plainte ont été laissées:

☐ Retournées inexécutées.

☐ Autres (veuillez spécifier).

## DECLARATION CONCERNANT LES REDEVANCES DE NOTIFICATION

Voyage                Services                Total $0.00

## DECLARATION DU NOTIFIANT

Je déclare sous peine de parjure en vertu des lois des Etats-Unis d'Amérique que l'information précédente reprise dans le Retour de notification et la Déclaration concernant les redevances de notification est vraie et correcte.

Signé le **Quinze NOVEMBRE DEUX MILLE SEPT**
Date

**Hubert LENOIR**
Signature du Notifiant

Adresse du Notifiant

Je, Huissier de Justice Associé au sein de la Société Civile Professionnelle Hubert LENOIR et Sébastien LENOIR titulaire d'un office d'Huissier de justice, à la résidence de Bordeaux, 33, Rue de Ruat, soussigné,