**SECOND ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Kobrand Corporation

V.

L&L SAS, Jean Paul Lafragette, Florence Lafragette and Beatrice Lafragette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8647**

TO: (Name and address of Defendant)

L&L SAS
Zone Industrielle de Boe
BP 65
47552 Boe Cedex
France

**JUDGE BATTS**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William C. Heck
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

OCT 0 5 2007

DATE

*Je sousi... [illegible French text]...ssignmente
Hu/..............................office ... ssier de
justice, à la re..ence de Monsieur ... d. etai. soussigné,*

♦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | Treize NOVEMBRE DEUX MILLE SEPT |
| NAME OF SERVER (PRINT) | TITLE | ※ |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   ... Scout ques à 33000 BORDEAUX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Treize NOVEMBRE DEUX MILLE SEPT   Hubert LENOIR
                      Date                Signature of Server

                                          Address of Server

*[illegible French text]...esdmoiselle
...
justice ... d. etai. soussigné,*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure