## DISTRICT COURT ETATS-UNIS

### District Sud de New York

Kobrand Corporation

contre

CITATION DANS UNE AFFAIRE CIVILE

L&L SAS, Jean Paul Lafragette, Florence
Lafragette et Beatrice Lafragette

N° DE L'AFFAIRE :

07  CIV  8647

JUGE BATTS

A :     (Nom et adresse du Défendeur)
        L&L SAS
        Zone Industrielle de Boe
        BP 65
        47552  Boe Cedex
        France

VOUS ÊTES CITÉ PAR LA PRESENTE et requis de faire parvenir à L'AVOCAT DE
LA DEMANDERESSE (nom et adresse)

        William C. Heck
        Kelley Drye & Warren LLP
        101 Park Avenue
        New York, NY 10178
        (212) 808-7800

Une réponse à la plainte qui vous est notifiée avec cette citation, dans les 20 jours après la
notification de cette citation à vous, le jour de la notification non compris.  Si vous
manquez de le faire, un jugement par défaut sera pris contre vous octroyant les remèdes
sollicités dans la plainte.  Toute réponse que vous notifiez aux parties de cette action doit
être déposée avec le Greffe de ce Court dans une période raisonnable après notification.

J. MICHAEL McMAHON                                          le 5 octobre 2007

5/11 2007 11.55 FAX 005/007

Date

Greffier

_____

(Par) Greffier délégué



**Je, Huissier de Justice Associe au sein de la Société Civile Professionnelle Hubert LENOIR et Sébastien LENOIR titulaire d'un office d'Huissier de Justice, à la résidence de Bordeaux, 33 Rue de Ruat, soussigné,**

Retour de Notification

La notification de la citation et de la plainte a été faite par moi

Date TRCICC NOVEMBRE DEUX MILLE SEPT

Nom du notifiant (en imprimés)

Titre ⚊#

**Hubert LENOIR**

Cochez une des cases ci-dessous afin d'indiquer le méthode approprié de la notification

☑   Notification faite à la personne du défendeur.  Place de la notification: ꞋꞋ Rue Saint Genès à 33000 BORDEAUX

☐   Copies de ces documents ont été laissées à la résidence du défendeur ou à une place habituelle de demeure auprès d'une personne d'un âge et d'une une discrétion appropriés alors demeurant à cet endroit.

Nom de la personne avec qui la citation et la plainte ont été laissées:

☐   Retournées inexécutées.

☐   Autres (veuillez spécifier).

## DECLARATION CONCERNANT LES REDEVANCES DE NOTIFICATION

Voyage                Services                Total $0.00

## DECLARATION DU NOTIFIANT

Je déclare sous peine de parjure en vertu des lois des Etats-Unis d'Amérique que l'information précédente reprise dans le Retour de notification et la Déclaration concernant les redevances de notification est vraie et correcte.

Signé le  Quinze ═══ NOVEMBRE DEUX MILLE SEPT   Hubert LENOIR
          ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯    ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                    Date                    Signature du Notifiant

                                       ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                         Adresse du Notifiant