AO 440  (Rev  8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Kobrand Corporation

**SUMMONS IN A CIVIL ACTION**

V.

L&L SAS, Jean Paul Lafragette, Florence
Lafragette and Beatrice Lafragette

CASE NUMBER:

**07 CIV 8647**

**JUDGE BATTS**

TO: (Name and address of Defendant)

Beatrice Lafragette
Bachemer Str. 37
50931 Koeln
Germany

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William C. Heck
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

MICHAEL McMAHON

OCT 0 5 2007

DATE

_Marcos Quintero_

DEPUTY CLERK

AO 440  (Rev  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____                    _____
                            Date                                 *Signature of Server*


                                                 _____
                                                     *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.