UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOBRAND CORPORATION<br>    PLAINTIFF/PETITIONER<br>VS.<br>L&L SAS, JEAN PEAUL LAFRAGETTE, FLORENCE LAFRAGETTE AND BEATRICE LAFRAGETTE<br>    DEFENDANT/RESPONDENT | CAUSE # :  07 CIV 8647<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING # : 5030301

**ORIGINAL
PROOF OF SERVICE**

KELLEY DRYE & WARREN, LLP
101 PARK AVENUE
NEW YORK, NY 10178
212 808-7891

Page 1 of 1
OR_WGENEVA