# ZUSTELLUNGSZEUGNIS / ATTESTATION / CERTIFICATE

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersignes authority has the honour to certify, in fonformity with article 6 of Convention,
L'autorité soussignées a l'honneur d'attester conformément à l'article 6 de ladite Convention.

1) daß der Antrag erledigt worden ist *) /that the document has been served *) /que la demande a été exécutée *)
 - am (Datum): - the (date): /- le (date): **24.01.2007**
 - in (Ort, Straße, Nummer): - at (place, street, number): / - à (localité, rue, numéro)
**Amtsgericht Köln, Luxemburgerstr. 101, 50939 Köln**

 - in einer der folgenden Formen nach Artikel 5: - in one of the following methods authorised by article 5: / - dans une des formes suivantes prévues à l'article 5:
  (a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
   in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *). /selon les formes légales (article 5, alinéa premier, lettre a) *)
  b) in der folgenden besonderen Form *): / in accordance with the following particular method *): / selon la forme particulière suivante *):

  c) durch einfache Übergabe *). / by delivery to the addressee, who accepted it voluntarily *). / par remise simple *).
Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
The documents referred to in the request have been delivered to: / Les documents mentionnßes dans la demande ont été remis à:
- (Name und Stellung der Person): - (identity and description of person): / - identité et qualité de la personne):
**Frau Beatrice Lafragette**

- Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:
- relationship to the addresse, (family, business or other): / - liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
./.

2. daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
that the document has not been served, by reasons of the following facts *): / que la demande n'a pas été exécutée, en raison des faits suivants *):
./.

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *)
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

**Anlagen** / Annexes / Annexes
**Zurückgesandte Schriftstücke:** / Documents returned: / Pièces renvoyées:
Doppel der zugestellten Schriftstücke, Antrag

Gegebenenfalls Erledigungsstücke:
In appropiate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:



| | |
|---|---|
| Ausgefertigt in | |
| Done at / Fait à | D-50922 Köln |
| am | |
| the/ le | 29.01.2008 |
| Unterschrift und /oder Stempel | |
| Signature an/or stamp | |
| Signature et/ou cachet | |
| Inden | |
| Rechtspflegerin | |

*) Unzutreffendes streichen. / Delete if inappropriate / Rayer les mentions inutiles.

ZRHO 1 - Antrag auf Zustellung eines gerichtlichen oder außergerichtlichen