AO 440 (Rev. 8/01) Vorladung in einem Zivilverfahren

# UNITED STATES DISTRICT COURT
[BEZIRKSGERICHT DER VEREINIGTEN STAATEN]

__Southern__ DISTRICT OF __New York__
[SÜDBEZIRK von New York]

Kobrand Corporation

**VORLADUNG IN EINEM ZIVILVERFAHREN**

**GEGEN**
L&L SAS, Jean Paul Lafragette, Florence Lafragette und Beatrice Lafragette

FALLNUMMER:

'07 CIV 8647

JUDGE BATTS

AN: (Name und Adresse der Beklagten)

Beatrice Lafragette
Bachemer Str. 37
50931 Köln
Deutschland

**SIE WERDEN HIERMIT VORGELADEN** und müssen dem ANWALT DES KLÄGERS (Name und Adresse)

William C. Heck
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

innerhalb von _____20_____ Tagen nach Zustellung dieser Vorladung, ausschließlich des Tages der Zustellung, eine Klagebeantwortung zustellen. Falls Sie dies versäumen, ergeht gegen Sie ein Säumnisurteil auf den Rechtsschutz, der in dieser Klage begehrt wird. Die Klagebeantwortung, die Sie den Parteien zustellen, muss innerhalb eines angemessenen Zeitraums nach Zustellung auch bei dem Urkundsbeamten dieses Gerichts eingereicht werden.

AO 440 (Rev. 8/01) Vorladung in einem Zivilverfahren

## ZUSTELLUNGSNACHWEIS

| Die Zustellung der Vorladung und Klage erfolgte durch mich [(1)] | DATUM |
|---|---|
| NAME DES ZUSTELLERS (DRUCKSCHRIFT) | TITEL |

*Kreuzen Sie ein Kästchen unten an, um die entsprechende Zustellungsart anzuzeigen*

☐ Persönliche Zustellung an den Beklagten. Ort der Zustellung:

☐ Abgabe der Ausfertigungen an der Wohnung, dem Haus oder gewöhnlichen Aufenthaltsort des Beklagten, an eine geschäftsfähige, dort wohnhafte Person:

Name der Person, bei der Vorladung und Klageschrift abgegeben wurden:

☐ Unzustellbar zurückgesandt:

☐ Sonstige (bitte angeben):

### AUFSTELLUNG DER ZUSTELLUNGSGEBÜHREN

| ANFAHRT | ZUSTELLUNGEN | INSGESAMT $0.00 |
|---|---|---|

### ERKLÄRUNG DES ZUSTELLERS

Ich erkläre an Eides statt nach den Gesetzen der Vereinigten Staaten von Amerika, dass die vorstehenden Angaben, die in dem Zustellungsnachweis und der Aufstellung der Zustellungsgebühren gemacht wurden, der Wahrheit entsprechen.

Ausgefertigt am _____
                        Datum                     *Unterschrift des Zustellers*

_____
*Adresse des Zustellers*