```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KOBRAND CORP.,

                        Plaintiff,

        -against-                        07 Civ. 8647 (DAB)
                                         ORDER TO SHOW CAUSE

L&L S.A.S., JEAN PAUL LAFRAGETTE
and BEATRICE LAFRAGETTE,

                        Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court's records indicate that all of the Defendants in this matter have been served. To date, the Defendants have failed to answer the Complaint. Despite the Defendants' default, Plaintiff has failed to prosecute this action.

Accordingly, if Plaintiff fails either TO SHOW CAUSE or to move for Default Judgment against the Defendants by June 23, 2008, this case shall be dismissed, <u>with prejudice</u>, for failure to prosecute. See <u>Lyell Theatre Corp. v. Loews Corp.</u>, 682 F.2d 37, 42 (2d Cir. 1982) ("[T]he authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted." (quoting <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 629 (1962))).

SO ORDERED.

Dated:   New York, New York
         May 23, 2008

                                        *Deborah A. Batts* (signature)
                                        Deborah A. Batts
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2008