William C. Heck
Alison L. MacGregor
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
(212) 808-7897 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOBRAND CORPORATION,

                Plaintiff,

      - against –

L&L S.A.S., JEAN PAUL LAFRAGETTE,
FLORENCE LAFRAGETTE, and BEATRICE
LAFRAGETTE,

                Defendants.

Civ. Action No. 07 CIV 8647 (DAB)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

Kobrand Corporation ("Plaintiff") hereby voluntarily dismisses, without prejudice, all claims

asserted in this action against Defendants L&L S.A.S., Jean Paul Lafragette, Florence Lafragette,

and Beatrice Lafragette (collectively "Defendants"). The Defendants have not served an answer

or a motion for summary judgment.

Dated: August 4, 2008
      New York, New York

                        William C. Heck
                        KELLEY DRYE & WARREN LLP
                        101 Park Avenue
                        New York, New York 10178
                        (212) 808-7800

                        *Attorneys for Plaintiff*

SO ORDERED: _____
          Hon. Deborah A. Batts, U.S.D.J.