William C. Heck
Alison L. MacGregor
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
(212) 808-7897 (fax)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOBRAND CORPORATION,

                Plaintiff,

- against -

L&L S.A.S., JEAN PAUL LAFRAGETTE,
FLORENCE LAFRAGETTE, and BEATRICE
LAFRAGETTE,

                Defendants.

Civ. Action No. 07 CIV 8647 (DAB)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kobrand Corporation ("Plaintiff") hereby voluntarily dismisses, without prejudice, all claims asserted in this action against Defendants L&L S.A.S., Jean Paul Lafragette, Florence Lafragette, and Beatrice Lafragette (collectively "Defendants"). The Defendants have not served an answer or a motion for summary judgment.

Dated: August 4, 2008
      New York, New York

                                    _William C. Heck_
                                    William C. Heck
                                    KELLEY DRYE & WARREN LLP
                                    101 Park Avenue
                                    New York, New York 10178
                                    (212) 808-7800

                                    _Attorneys for Plaintiff_

SO ORDERED: _Deborah A. Batts_
             Hon. Deborah A. Batts, U.S.D.J. 8/5/2008